# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-1750 CAS (MCx)/CV11-3043-CAS(AGRx) | Date | December 5, 2011 |
|---|---|---|---|
| Title | *OFIK KYURKJIAN, ET AL. v. AXA, ET AL.*<br>*MARK J. GERAGOS, ET AL.v. VARTKES YEGHIAYAN, ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Rita Sanchez | Katie Thidobeaux | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Scott Malzahn<br>Shelley Kaufman<br>Mark J. Geragos | Roman Silberfeld |

**Proceedings:**    **FURTHER STATUS CONFERENCE**

Hearing held and counsel are present.

The Court confers with counsel and continues the Further Status Conference to January 30, 2012 at 1:00 p.m.

All responsive pleadings and date to respond to subpoena are hereby continued two weeks from January 30, 2012 to February 13, 2012.

|  | 00 | : | 15 |
|---|---|---|---|
| | Initials of Preparer | | RS |