ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800

Attorneys for Defendants
VARTKES YEGHIAYAN; RITA MAHDESSIAN;
CENTER FOR ARMENIAN REMEMBRANCE;
YEGHIAYAN LAW CORP., APC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFIK KYURKJIAN, *et al.*, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br>v.<br>AXA, S.A., et al.,<br><br>    Defendants. | Case No. CV 02-01750 CAS (MCx)<br><br>**[PROPOSED] ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND [PROPOSED] PROTECTIVE ORDER**<br><br>Ctrm: 5<br>Before: Hon. Christina A. Snyder |
| MARK J. GERAGOS, *et al.*,<br><br>    Plaintiffs,<br>v.<br>VARTKES YEGHIAYAN, *et al.*,<br><br>    Defendants. | Case No. 11-CV-03043 CAS(AGRx) |

60659204.1

PROPOSED ORDER

1  Upon consideration of the Parties' Stipulated Confidentiality Agreement and
2  [Proposed] Protective Order ("Protective Order"), and finding good cause thereon,
3  IT IS HEREEBY ORDERED that the terms of the Stipulated Confidentiality
4  Agreement and Protective Order shall govern the handling and disclosure of
5  documents, things, and information produced by First California Bank in this
6  action.

8  Dated: February 11, 2013

    *(signature: Christina A. Snyder)*

9  Christina A. Snyder
10 United States District Judge