# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. GERAGOS, Individually and in his Capacity as Class Counsel in *Marootian v. New York Life Insurance and Kyurkjian v. Axa, S.A.*, BRIAN S. KABATECK, , Individually and in his Capacity as Class Counsel in *Marootian v. New York Life Insurance and Kyurkjian v. Axa, S.A.*; and ex rel. The People of the State of California,<br><br>            Plaintiffs,<br>    vs.<br><br>VARTKES YEGHIAYAN, an Individual; RITA MAHDESSIAN, an Individual; CENTER FOR ARMENIAN REMEMBRANCE, a California extity of unknown origin (also known as CONSERATOIRE DE LA MEMOIRE); YEGHIAYAN LAW CORP., APC, a California corporation; and DOES 1-10 Inclusive, | Case No. 11-CV-03043 (CAS) (AGRx)<br><br>c/w: CV 02-01750 (CAS) (mc)<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION**<br><br>*Hon. Christina A. Snyder* |

Pursuant to the stipulation of the parties and good cause appearing, the case *Mark J. Geragos, et al. v. Vartkes Yeghiayan, et al—11-CV-03043 (CAS) (AGRx)* is hereby dismissed with prejudice. All parties shall bear their own attorney's fees and costs incurred in connection with the action.

It is further ordered that the Court shall retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement.

IT IS SO ORDERED.

DATED: July 23, 2013

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER

---

**2**
**[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION**